

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00141-CR

**PETE GONZALES,**

                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                            **Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 1999-259-C

## MEMORANDUM OPINION

Pete Gonzales appealed the trial court's order denying Gonzales's motion for DNA testing. He has now filed a motion to dismiss his appeal. The motion is signed by both Gonzales and his attorney.

Accordingly, Gonzales's motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

                                        TOM GRAY
                                        Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Appeal dismissed
Opinion delivered and filed September 25, 2019
Do not publish
[CR25]

